STELLA FLOUR & FEED CORP., Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Respondent.

Argued April 25, 1955; decided June 10, 1955.

*Henry E. Otto* and *Samuel C. Otto* for appellant.

*Herman E. Compter* and *Charles C. Parlin, Jr.*, for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.